```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LOUIS IDROBO,                                                        :
                                                                     :
                            Plaintiff,                               :     23-CV-9999 (JMF)
                                                                     :
               -v-                                                   :         ORDER
                                                                     :
CNN, et al.                                                          :
                                                                     :
                            Defendants.                              :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motions to dismiss, *see* Docket Nos. 62, 65, Defendants' earlier motions to dismiss filed at Docket Nos. 41, 44, are hereby DENIED as moot. Plaintiff's opposition to the new motions to dismiss is due by **December 6, 2024**. Defendants' replies, if any, are due by **December 20, 2024**.

      The Clerk of Court is directed to terminate Docket Nos. 41, 44, and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 28, 2024  
       New York, New York
                                                  JESSE M. FURMAN  
                                                United States District Judge