UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Louis Idrobo, Plaintiff

-against-

The Microsoft Corporation, Defendant
The Walt Disney Company, Defendant
American Broadcasting Companies, Inc Defendant
ABC News, Inc, Defendant
Warner Bros. Discovery, Inc, Defendant
Cable News Network, Inc. Defendant
CNN

---

**23 CV9999**

**Motion to Drop American Broadcasting Companies and Anti-trust claim & involve Justice Dept**

Your Honor Judge Furman:

Plaintiff wishes to drop American Broadcasting Companies from the case (not ABC News on which the Complaint is focused). American Broadcasting Companies was included due to corporation search confusion during the service of process phase.

Upon further research, antitrust analysis, and consideration of the Anti-Slapp higher **substantial** basis standard, Plaintiff moves to dismiss all anti-trust related claims although he believes Defendants do collude and harm the news information market and consumers and someone should investigate their relationship with the Associated Press.

Given that the executive Branch, Justice Department and Congress are now in agreement with the Supreme Court on the racist basis for the complaint against Microsoft and beginning to prosecute companies that behave in these racist ways, Plaintiff is soliciting an amicus brief from the Justice Department Civil Division and Civil Rights Division. Therefore, Plaintiff asks the Court to consider a little more time before a decision on dismissal for the Justice Department to advise Plaintiff if it will get involved. Without counsel Plaintiff is forced to seek out the most aggressive representation available.

1

Respectfully,

Louis Idrobo

*[signature]*

February 10th, 2025
347-878-7063
forestsolar@outlook.com
13201 Roosevelt Ave #818133
Flushing, N.Y., 11354

Plaintiff's requests to drop American Broadcasting Companies Inc. as a Defendant and to dismiss all antitrust claims are GRANTED.  Plaintiff's request for the Court to stay adjudication of Defendants' motions pending amicus briefing from the Department of Justice is DENIED.  The Clerk of Court is directed to terminate American Broadcasting Companies, Inc. as a Defendant in the case and to terminate ECF No. 79.

SO ORDERED.

*[signature]*

February 13, 2025

2