UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Louis Idrobo, Plaintiff

-against-

The Microsoft Corporation, Defendant
The Walt Disney Company, Defendant
ABC News, Inc, Defendant
Warner Bros. Discovery, Inc, Defendant
Cable News Network, Inc. (CNN) Defendant

---

**23 CV9999**

**Motion for sanctions due to Whistle-blower Retaliation**

Your Honor Judge Furman:

Defendants have hired people to follow and harass Plaintiff multiple times (February 21st and two other times including possible tampering with his vehicle). Plaintiff has claimed whistle-blower status in the Complaint under the Microsoft claim requests whistle-blower protection. Defendants should answer under oath if they hired people to retaliate against plaintiff and any other penalties available under New York State Whistleblower Protection Law and New York City Human Rights Law and any other laws available to a Pro se plaintiff. Under the False Claims act Plaintiff also qualifies as a whistleblower due to reporting on the falsehood witnessed by plaintiff after Microsoft told the Department of Labor that they were not exclusively hiring African-Americans (which Plaintiff witnessed they did).

Respectfully,

Louis Idrobo

*[signature]*

February 26th, 2025
347-878-7063
forestsolar@outlook.com
13201 Roosevelt Ave #818133
Flushing, N.Y., 11354

Application DENIED as both factually and legally unsupported. The Clerk of Court is directed to terminate ECF No. 82.

SO ORDERED.

*[signature]*

March 3, 2025