UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LOUIS IDROBO,                                                     :
:
                              Plaintiff,   :   23-CV-9999 (JMF)
:
               -v-                                                 :   ORDER
:
THE MICROSOFT CORPORATION,                                        :
:
                            Defendant.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On May 7, 2025, Defendant Microsoft Corporation filed a motion to dismiss Plaintiff's Second Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 89. Because Plaintiff is proceeding *pro se*, the Court will give Plaintiff additional time to oppose the motion.

       Accordingly, it is hereby ORDERED Plaintiff shall serve any opposition to the motion to dismiss by **June 18, 2025**. Defendant Microsoft Corporation's reply, if any, shall be served by **July 2, 2025**.

       Either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

       The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: May 8, 2025
       New York, New York
                                                           JESSE M. FURMAN
                                                           United States District Judge