UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                      :

LOUIS IDROBO,                    :

                          :

              Plaintiff,         :           23-CV-9999 (JMF)

                         :

      -v-                   :             ORDER

                         :

MICROSOFT et al.,             :

                         :

             Defendant.     :

                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per the Court's earlier Order, the initial pretrial conference in this case is scheduled for **June 16, 2026**, at **3:30 p.m.**  The parties must confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.  By the **Thursday of the week prior to the upcoming conference**, the parties must each submit a letter, the contents of which are described in the Court's December 16, 2026 Order, ECF No. 102.

      The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Additionally, counsel for any represented party should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires counsel, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of anyone who is expected to speak during the teleconference and the telephone numbers from which they expect to join the call.

      As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 1, at 14-15, there is no need to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: June 9, 2026
      New York, New York                _____
                                       JESSE M. FURMAN
                              United States District Judge