UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------------
Louis Idrobo, Plaintiff

-against-

**23 CV9999**

The Microsoft Corporation, Defendant
Securitas, Defendant
-------------------------------------------------

## Request for Time extensions

Your honor Judge Furman:

Due to complications of learning discovery and responding to the motion to dismiss Plaintiff requests **3 additional days** to submit an amended complaint/response to defendants motion to dismiss arguments that is due September 11th, 2026. Also, due to slowness in the discovery process, including understanding which types of documents and difficulty finding certain files, to request **two additional months** for the discovery process to the original 4 months originally planned to be completed October 16th, 2026.

Respectfully,

Louis Idrobo

September 8th, 2026
347-878-7063
forestsolar@outlook.com
13201 Roosevelt Ave #818133
Flushing, N.Y., 11354

Application GRANTED. The deadline for Plaintiff to respond to Defendants' motion to dismiss is hereby EXTENDED to **September 16, 2026**. If Plaintiff does amend, Defendants' response is due three weeks after the amended complaint is filed. If Plaintiff files an opposition, Defendants' reply, if any, shall be served by **September 25, 2026**.

The deadline for all discovery in this matter is hereby EXTENDED to **December 16, 2026**. The remaining deadlines set forth at ECF No. 138 shall be adjusted accordingly.

As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 1, at 14-15, there is no need to mail a copy of this Order to Plaintiff. The Clerk of Court is directed to terminate ECF No. 147.

SO ORDERED

September 14, 2026