UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS IDROBO,<br><br>Plaintiff,<br><br>-v-<br><br>MICROSOFT et al.,<br><br>Defendants. | 23-CV-9999 (JMF)<br><br><u>ORDER</u> |

JESSE M. FURMAN, United States District Judge:

In light of Defendant Microsoft's new motion to dismiss, *see* ECF Nos. 152-53, its earlier motion to dismiss filed at ECF No. 144 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 26, 2026**. Defendant Microsoft's reply, if any, is due by **November 2, 2026**.

The Clerk of Court is directed to terminate Docket No. 144. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 1, at 14-15, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge