UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS IDROBO,

Plaintiff,

-v-

MICROSOFT, et al.

Defendants.

23-CV-9999 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

By Order dated June 16, 2026, the Court granted Plaintiff's Motion to Amend the Complaint. *See* ECF No. 138. In his Third Amended Complaint, Plaintiff named one new Defendant: Securitas. *See* ECF No. 139. After Defendant Microsoft moved to dismiss in part, Plaintiff was once more granted leave to amend. *See* ECF No. 144. Plaintiff's Fourth Amended Complaint also names Securitas as a Defendant. *See* ECF No. 149. To date, Securitas has not appeared in this action.

The Clerk of Court is directed to issue an Amended Summons as to Defendant Securitas, and Plaintiff is directed to serve the Summons and Complaint upon Defendant Securitas within 90 days of the issuance of the Amended Summons. If service has not been made within the 90 days, and Plaintiff has not requested an extension of time to serve within that 90 days, the Complaint as against Defendant Securitas may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

As Plaintiff previously consented to receive electronic notice via the ECF system, see ECF No. 1, at 14-15, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge